# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

PATRICIA JERNIGAN,

Appellant,

v.

SCOTTIE BUCHANAN and DEBORAH BUCHANAN,

Appellees.

No. 2D2024-0965

———————————————

September 26, 2025

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh Gaylord Moe, Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for Appellees.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.